**Dismiss; Opinion Filed March 1, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00013-CR**

**NICHOLAS DAVID CHAMBERS, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80113-2018**

## MEMORANDUM OPINION

Before Justices Myers, Osborne, and Carlyle
Opinion by Justice Carlyle

On February 22, 2021, appellant filed a proper motion for voluntary dismissal.

We grant the motion and dismiss this appeal. *See* TEX. R. APP. P. 42.2(a).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

Do Not Publish
TEX. R. APP. P. 47.2(b)
210013F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

NICHOLAS DAVID CHAMBERS,
Appellant

No. 05-21-00013-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the 296th Judicial
District Court, Collin County, Texas
Trial Court Cause No. 296-80113-
2018.
Opinion delivered by Justice Carlyle.
Justices Myers and Osborne
participating.

Based on the Court's opinion of this date, we **DISMISS** this appeal.


Judgment entered this 1st day of March, 2021.